IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STARLINDA BRANICK, | |
| Plaintiff, | Case No. 1:21-cv-01364 |
| v. | Hon. Virginia M. Kendall |
| BROADWAYHD, LLC, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Starlinda Branick, by and through her undersigned counsel, and hereby advises this Honorable Court that she has reached an agreement in principle with Defendant, BroadwayHD, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Nicholas A. Colella
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
Fax: (412) 231-0246
bcarlson@carlsonlynch.com
ncolella@carlsonlynch.com

Kyle A. Shamberg
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
kshamberg@carlsonlynch.com

*Attorneys for Plaintiff*